RUDIKH & ASSOCIATES
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
(732) 659-6961
Attorney for Debtors

_____

**Order Filed on October 9, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

Collins K Goodwill & Dora Goodwill          Case No.: 15-33572

      Debtor

**ORDER**

_____

**ORDER TO APPROVE A 403(B) LOAN**

The relief set forth on the following pages numbered two (2) through (2) is hereby

ORDERED.

**DATED: October 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:         Collins K Goodwill & Dora Goodwill
Case No.:        15-33572
Caption of Order:    ORDER TO APPROVE A 403(B) LOAN

_____

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtors, Collins K Goodwill & Dora Goodwill, for an Order approving a 403(B) Loan, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. A 403(B) Loan is approved in the amount of thirty four thousand dollars (34,000.00);

2. Debtors' Plan shall not be modified to less than 100%.

3. Debtors' counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.