RUDIKH & ASSOCIATES
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
(732) 659-6961
Attorney for Debtors

**Order Filed on October 9, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

_____

IN RE:

Collins  K Goodwill & Dora Goodwill            Case No.:  15-33572


            Debtor

**ORDER**

_____


**ORDER TO APPROVE A 403(B) LOAN**


      The relief set forth on the following pages numbered two (2) through (2) is hereby

ORDERED.


**DATED: October 9, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:              Collins  K Goodwill & Dora Goodwill
Case No.:             15-33572
Caption of Order:     ORDER TO APPROVE A 403(B) LOAN

_____

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtors, Collins  K Goodwill &

Dora Goodwill, for an Order approving a 403(B) Loan, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1.   A 403(B) Loan is approved in the amount of thirty four thousand dollars (34,000.00);

2.   Debtors' Plan shall not be modified to less than 100%.

3.   Debtors' counsel shall serve this Order on the Trustee and any other party who

    entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-33572-MBK
Collins K Goodwill                                                      Chapter 13
Dora Goodwill
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Oct 11, 2018
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db/jdb         +Collins K Goodwill,  Dora Goodwill,  104 Timbehill Dr,  Franklin Park, NJ 08823-1783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          Alan R. Ostrowitz   on behalf of Creditor   Sun National Bank ostrowlaw@optonline.net
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marlena S. Diaz-Cobo   on behalf of Creditor   Ten Mile Run Homeowners Association, Inc.
           collections@theassociationlawyers.com
          Patrick O. Lacsina   on behalf of Creditor   Nationstar Mortgage LLC ,  PATRICK.LACSINA@GMAIL.COM
          Yakov  Rudikh   on behalf of Joint Debtor Dora  Goodwill yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
          Yakov  Rudikh   on behalf of Debtor Collins K Goodwill yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                   TOTAL: 8