UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Collins K. Goodwill and Dora Goodwill

Case No.: 15-33572

Hearing date:

Judge: Hon. Michael B. Kaplan

# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2058

**Pincus Law Group, PLLC**
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201

ATTORNEYS FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-8CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-8CB C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

| In Re:<br>　　Collins K. Goodwill and Dora Goodwill<br>　　　　　DEBTORS | Case No.: 15-33572<br>Chapter 13<br><br>Hearing Date: 10/9/2019<br><br>Judge: Honorable Michael B. Kaplan |
|---|---|

　　AND NOW, this _____ day of _____ 2019, upon consideration of the Motion to Approve Loan Modification and after hearing, it is hereby

　　ORDERED that the Motion to Approve Loan Modification is approved.