UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Collins K. Goodwill and Dora Goodwill

Case No.: 15-33572

Hearing date:

Judge:  Hon.  Michael B. Kaplan

# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2058

**Pincus Law Group, PLLC**
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201

ATTORNEYS FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-8CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-8CB C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

In Re:
    Collins K. Goodwill and Dora Goodwill
    DEBTORS

Case No.: 15-33572
Chapter 13

Hearing Date: 10/9/2019

Judge: Honorable Michael B. Kaplan

    AND NOW, this _____ day of _____ 2019, upon consideration of the Motion to Approve Loan Modification and after hearing, it is hereby

    ORDERED that the Motion to Approve Loan Modification is approved.

United States Bankruptcy Court
District of New Jersey

In re:
Collins K Goodwill
Dora Goodwill
    Debtors

Case No. 15-33572-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 04, 2019
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
db/jdb        +Collins K Goodwill,   Dora Goodwill,   104 Timbehill Dr,   Franklin Park, NJ 08823-1783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:
        Alan R. Ostrowitz   on behalf of Creditor   Sun National Bank ostrowlaw@optonline.net
        Albert   Russo   docs@russotrustee.com
        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marlena S. Diaz-Cobo   on behalf of Creditor   Ten Mile Run Homeowners Association, Inc.
         collections@theassociationlawyers.com
        Nicole B. LaBletta   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...
         nlabletta@pincuslaw.com, brausch@pincuslaw.com
        Patrick O. Lacsina   on behalf of Creditor   Nationstar Mortgage LLC , PATRICK.LACSINA@GMAIL.COM
        Yakov Rudikh   on behalf of Joint Debtor Dora  Goodwill yrudikh@gmail.com,
         rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
        Yakov   Rudikh   on behalf of Debtor Collins K Goodwill yrudikh@gmail.com,
         rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                                                     TOTAL: 9