| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Collins K Goodwill | Social Security number or ITIN xxx–xx–8476 |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Dora Goodwill | Social Security number or ITIN xxx–xx–7091 |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  15–33572–MBK | | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Collins K Goodwill                                    Dora Goodwill

<u>2/26/21</u>                                                   **By the court:** <u>Michael B. Kaplan</u>
                                                                          United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Collins K Goodwill  
Dora Goodwill  
    Debtors

Case No. 15-33572-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Collins K Goodwill, Dora Goodwill, 104 Timbehill Dr, Franklin Park, NJ 08823-1783 |
| cr | + | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Sun National Bank, c/o Ostrowitz & Ostrowitz, Esqs., 225 Gordons Corner Rd., Suite 1J, Manalapan, NJ 07726-3342 |
| cr | | Ten Mile Run Homeowners Association, Inc., C/O McGovern Legal Services, LLC, 850 US Highway 1, PO Box 1111, New Brunswick, NJ 08903-1111 |
| 515908817 | | Chatham Cllg, Woodland Rd, Pittsburgh, PA 15232 |
| 515908818 | | Chatham College, Woodland Road, Pittsburgh, PA 15232 |
| 515908821 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 515908825 | | John A. Kemler- Mercer County Sherirff, 175 South Broad Street, Trenton, NJ 08608-2401 |
| 515908827 | + | Loreal Federal Credit, 30 Loreal Way, Clark, NJ 07066-1339 |
| 515908828 | + | Mercer County Clerk Office, 209 South Broad St, Trenton, NJ 08608-2403 |
| 515908829 | + | Mercer County Court, Special Civil Part, P.O. Box 8068, Trenton, NJ 08650-0068 |
| 515908830 | + | Milstead & Associates, LLC, 220 Lake Drive East, Suite 301, Cherry Hill, NJ 08002-1165 |
| 515908833 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 515908836 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissn Inf Lt, Attn: Bankruptcy, 8900 Freeport Parkway, Irving, TX 75063 |
| 515908831 | + | Nationstar Mortgage, PO box 650783, Dallas, TX 75265-0783 |
| 515908832 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 516139730 | + | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 515908835 | + | New Jersey Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 515908838 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516006138 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 515908840 | + | Somerset County Civil Division, P.O. Box 3000, Somerville, NJ 08876-1262 |
| 515908841 | + | Stern, Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 515908842 | + | Sun National, 226 Landis Av, Vineland, NJ 08360-8142 |
| 515908837 | + | Sun National Bank, c/o Ostrowitz & Ostrowitz, Esq., 225 Gordons Corner Road, Suite 1J, Manalapan, NJ 07726-3342 |
| 515908843 | + | Sun National Bank, 226 W Landis Ave, Vineland, NJ 08360-8142 |
| 516115616 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 515908844 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2021 21:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2021 21:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515908814 | + | EDI: BECKLEE.COM | Feb 27 2021 01:33:00 | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 515922951 | | EDI: BECKLEE.COM | Feb 27 2021 01:33:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515908815 | + | EDI: BANKAMER.COM | Feb 27 2021 01:33:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 515908816 | + | EDI: BANKAMER.COM | Feb 27 2021 01:33:00 | Bk Of Amer, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 515908819 | | EDI: CITICORP.COM | Feb 27 2021 01:33:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 515984435 | | EDI: BL-BECKET.COM | Feb 27 2021 01:38:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515908820 | | EDI: CITICORP.COM | Feb 27 2021 01:33:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 515908823 | | EDI: IRS.COM | Feb 27 2021 01:33:00 | Internal Revenue Service, 44 South Clinton Ave, Trenton, NJ 08601 |
| 515908826 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2021 21:37:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515908834 | + | Email/PDF: bankruptcy@ncfsi.com | Feb 26 2021 21:53:50 | New Century Financial Services, 110 South Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 515908839 | + | Email/Text: bankruptcy@savit.com | Feb 26 2021 21:39:00 | Sa-vit Enterprises, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 515989298 | | EDI: WFFC.COM | Feb 27 2021 01:38:00 | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519064850 | | Bank of America N.A., servicer for, THE BANK OF NEW YORK MELLON FKA, THE BANK OF NEW YORK, c/o Frenkel, Lambert Weiss Weisman & Gordon, LLP, 80 Main St, Ste 460 West Orange, NJ 0705 |
| 519064851 | | Bank of America N.A., servicer for, THE BANK OF NEW YORK MELLON FKA, THE BANK OF NEW YORK, c/o Frenkel, Lambert Weiss Weisman & Gordon, LLP, 80 Main St, Ste 460 West Orange, NJ 0705, Bank of America N.A., servicer for |
| 515908824 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, P.O. Box 9052, Andover, MA 01810-9052 |
| 515908822 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alan R. Ostrowitz | on behalf of Creditor Sun National Bank ostrowlaw@optonline.net |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT INC., ALTERNATIVE LOAN TRUST 2004-8CB, MORTGAGE PASS THROUGH CERTIFICATES , SER DMcDonough@flwlaw.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Ten Mile Run Homeowners Association Inc. collections@theassociationlawyers.com |
| Melissa N. Licker | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Nicole B. LaBletta | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... nlabletta@pincuslaw.com brausch@pincuslaw.com |
| Patrick O. Lacsina | on behalf of Creditor Nationstar Mortgage LLC PATRICK.LACSINA@GMAIL.COM |
| Yakov Rudikh | on behalf of Joint Debtor Dora Goodwill rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |
| Yakov Rudikh | on behalf of Debtor Collins K Goodwill rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 11