**Order Filed on March 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____15-33572-MBK_____ |
| | Chapter: _____13_____ |
| Collins K Goodwill and Dora Goodwill | Hearing Date: _____ |
| | Judge: _____Michael B. Kaplan_____ |

**ORDER VACATING**

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 1, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## ORDER GRANTING ALLOWANCES

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____2/25/2021_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

In re:                                                    Case No. 15-33572-MBK

Collins K Goodwill                                        Chapter 13

Dora Goodwill

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                          Page 1 of 2

Date Rcvd: Mar 01, 2021                  Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Collins K Goodwill, Dora Goodwill, 104 Timbehill Dr, Franklin Park, NJ 08823-1783 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan R. Ostrowitz | on behalf of Creditor Sun National Bank ostrowlaw@optonline.net |
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT  INC., ALTERNATIVE LOAN TRUST 2004-8CB, MORTGAGE PASS THROUGH CERTIFICATES , SER DMcDonough@flwlaw.com |

District/off: 0312-3                          User: admin                          Page 2 of 2
Date Rcvd: Mar 01, 2021                    Form ID: pdf903                    Total Noticed: 1

Marlena S. Diaz-Cobo
                on behalf of Creditor Ten Mile Run Homeowners Association  Inc. collections@theassociationlawyers.com

Melissa N. Licker
                on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... NJ_ECF_Notices@mccalla.com
                mccallaecf@ecf.courtdrive.com

Nicole B. LaBletta
                on behalf of Creditor THE BANK OF NEW YORK MELLON Et Al... nlabletta@pincuslaw.com  brausch@pincuslaw.com

Patrick O. Lacsina
                on behalf of Creditor Nationstar Mortgage LLC   PATRICK.LACSINA@GMAIL.COM

Yakov Rudikh
                on behalf of Joint Debtor Dora Goodwill rudikhlawgroup@gmail.com
                rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh
                on behalf of Debtor Collins K Goodwill rudikhlawgroup@gmail.com
                rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com


TOTAL: 11